IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VINCENT PAUL FIGARO, #263335, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:14-cv-358-WHA |
| | ) | |
| KIM TOBIAS THOMAS, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the court on the Plaintiff's Motion to Dismiss (Doc. #15) and the Recommendation of the Magistrate Judge (Doc. #17), entered on August 27, 2014.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The Plaintiff's Motion to Dismiss (Doc. #15) is GRANTED.

2. This case is DISMISSED without prejudice.

3. No costs are taxed.

4. Final Judgment will be entered in accordance with this order.

DONE this 18th day of September, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE