IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VINCENT PAUL FIGARO, #263335, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:14cv358-WHA |
| | ) | |
| KIM TOBIAS THOMAS, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

### **FINAL JUDGMENT**

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendants, and against the Plaintiff, Vincent Paul Figaro, and this case is DISMISSED without prejudice.

DONE this 18th day of September, 2014.

/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE